IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MATTHEW WARDER,

      Petitioner,

v.                                      CASE NO. 1:11-cv-136-MP-GRJ

STATE OF FLORIDA,

      Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 1, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The Court has reviewed Petitioner's filing and concludes that there are two deficiencies.

First, the petition is not filed on the Court's standard form for petitions under 28 U.S.C. § 2254 as required by the Local Rules. Pursuant to Local Rule 5.1(J)(2) "no application for writ of habeas corpus under 28 U.S.C. § 2254 ... shall be considered by the court unless the appropriate forms have been properly completed, signed, and filed by the litigant. N.D.Fla.Loc.R. 5.1(J)(2). Accordingly, Petitioner shall be required to complete, sign and file the standard form in order for the Court to consider Petitioner's application.

Secondly, Petitioner has not paid the habeas corpus filing fee or submitted a motion for leave to proceed *in forma pauperis* as required by the Local Rules. N.D.Fla.Loc.R. 5.1(H). The Court will not take any action in this case until the filing fee

has been paid or until a motion to proceed *in forma pauperis* has been filed.

In completing the § 2254 form, Petitioner is reminded that the petition must specify all the grounds for relief available to him; state the facts supporting each ground; state the relief requested; be printed, typewritten, or legibly handwritten; and be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under § 2242.  § 2254 Rule 2(c)(1)-(5); *see also* N.D. Fla. Loc. R. 5.1(J)(3) (petition should not make reference to memorandum but must set forth claims and facts on form).  The amended petition must be filed in its entirety, incorporating all amendments, as matters not set forth in the amended petition are deemed abandoned. Loc. R. 15.1.

Accordingly, it is **ORDERED** that:

(1)     The Clerk shall forward to Petitioner four blank § 2254 forms and a blank motion to proceed *in forma pauperis* form.

(2)     No later than **July 29, 2011**, Petitioner shall file an "Amended Petition" as explained in this order, along with two identical copies including any exhibits or attachments.  He shall also file a motion to proceed *in forma pauperis* or pay the filing fee by the same date.  He shall also keep an identical copy of the Amended Petition for his records.

(3)     **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this 8th day of July, 2011.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge