IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MATTHEW WARDER,

    Petitioner,

v.                                        CASE NO. 1:11-cv-136-MP-GRJ

STATE OF FLORIDA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

On August 11, 2011, the Court ordered Petitioner to show cause on or before September 9, 2011, as to why this case should not be dismissed because Plaintiff had failed to comply with the Court's order to file an amended petition and to file either a motion to proceed *in forma pauperis* or to pay the $5.00 filing fee.  Doc. 4.  That Order was mailed to Petitioner at his last address of record, and was returned to the Clerk as undeliverable on August 19, 2011.  Doc. 5.   Petitioner has failed to provide the Court with a current address.  Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute.

IN CHAMBERS  this 7th day of December 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.